| TOMMY KEATING AND LISA KEATING | * | NO. 2023-CA-0232 |
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| LEE MILLER AND FAMILY SECURITY INSURANCE COMPANY | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

RLB

**BELSOME, J., CONCURS IN PART AND DISSENTS IN PART**

I agree that the rehearing should be granted, but I would also grant the relief requested for the reasons set forth in my dissent.